UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20837-HUCK

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ROBERTO RODRIGUEZ-FERNANDEZ,**

    Defendant.
_____ /

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 17], which was entered on February 2, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Roberto Rodriguez-Fernandez, be found to have freely and voluntarily entered a plea of guilty to Count 1 of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 17] is adopted and approved in its entirety. The

Defendant's guilty plea is accepted, and he is adjudged guilty of conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, April 27, 2018, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on February 16, 2018.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record
Magistrate Judge Chris McAliley
U.S. Pretrial Services